IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JULIA CONE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07cv865-CSC |
| ) | |
| MICHAEL J. ASTRUE ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

On March 12, 2008, the defendant filed a motion for extension of time to file his brief (doc. # 14). The plaintiff does not object to an extension of time. Accordingly, upon consideration of the motion, and for good cause, it is

ORDERED that the defendant's motion for an extension of time be and is hereby GRANTED. The defendant's deadline for filing his brief be and is hereby EXTENDED from March 12, 2008 until April 11, 2008.

Done this 13th day of March, 2008.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE