IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JULIA CONE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07cv865-CSC |
| | ) |
| MICHAEL J. ASTRUE | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

On April 4, 2008, the defendant filed a motion for extension of time to file his brief (doc. # 16). The plaintiff does not object to an extension of time. Accordingly, upon consideration of the motion, and for good cause, it is

ORDERED that the defendant's motion for an extension of time be and is hereby GRANTED. The defendant's deadline for filing his brief be and is hereby EXTENDED from April 11, 2008 until May 12, 2008. The defendant is advised that no further extensions shall be granted, absent extraordinary circumstances.

Done this 11th day of April 2008.

                                            /s/Charles S. Coody
                                       CHARLES S. COODY
                                       CHIEF UNITED STATES MAGISTRATE JUDGE