IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JULIA CONE,                          )
                                     )
        Plaintiff,                   )
                                     )
    v.                               )        CIVIL ACTION NO.  2:07cv865-CSC
                                     )                  (WO)
MICHAEL J. ASTRUE,                   )
COMMISSIONER OF                      )
SOCIAL SECURITY,                     )
                                     )
        Defendant.                   )

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered herewith, it is

ORDERED AND ADJUDGED that the decision of the Commissioner be and is

hereby REVERSED and this case be and hereby is REMANDED to the Commissioner

for further consideration and proceedings consistent with the memorandum opinion

entered herewith.

Done this 18th day of July, 2008.


            /s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE